SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>S K Management Associates, LLC,<br><br>　　　　Defendant | Case No. **2:11-cv-03463-MCE-CKD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MARCH 29, 2012 FOR DEFENDANT S K MANAGEMENT ASSOCIATES, LLC TO RESPOND TO COMPLAINT |

　Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, S K Management Associates, LLC, by and through their respective attorneys of record, Scott N. Johnson; Erick C. Turner, stipulate as follows:

　　　1. An extension of time has been previously
　　　　　obtained for Defendant S K Management

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Associates, LLC until February 29, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant S K Management Associates, LLC is granted an extension until March 29, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant S K Management Associates, LLC response will be due no later than March 29, 2011.

IT IS SO STIPULATED effective as of February 24, 2012

Dated:   February 24, 2012          /s/Erick C. Turner__ ___
                                    Erick C. Turner,
                                    Attorney for Defendant
                                    S K Management
                                    Associates, LLC


Dated:   February 24, 2012          /s/Scott N. Johnson ____
                                    Scott N. Johnson,
                                    Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

**IT IS SO ORDERED:** that Defendant S K Management Associates, LLC shall have until March 29, 2012 to respond to complaint.

Dated:  March 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE