Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile (916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff;<br><br>　　vs.<br><br>S K Management Associates, LLC,<br><br>　　　　Defendant. | Case No. **2:11-cv-03463-MCE-CKD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

IT IS SO ORDERED THAT the above-entitled action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: July 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-3463-MCE-CKD- 2